Joint Stipulation of Dismissal granted Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal, without prejudice, of all pending claims against Defendants in this matter. Each party will bear its own fees and costs.

It is so ordered.
s/James G. Carr
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| DANIELLE CARROLL, | : | CASE NO.: 3:23-CV-00737 |
| | : | |
| Plaintiff, | : | JUDGE JAMES G. CARR |
| -vs- | : | |
| | : | |
| L & G TRUCKERS, et al. | : | JOINT STIPULATION OF |
| | : | DISMISSAL WITHOUT PREJUDICE |
| Defendants. | : | PURSUANT TO CIV. R. 41(a)(1)(A)(ii) |
| | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal, without prejudice, of all pending claims against Defendants in this matter. Each party will bear its own fees and costs.

Respectfully submitted,

/s/ John W. McKenzie (approved via email 3/7/24)
John W. McKenzie (0059266)
KASTNER WESTMAN & WILKINS
3550 West Market St., Ste. 100
Akron, Ohio 44333
330-867-9998  Fax: 330-867-3786
Email: jmckenzie@kwwlaborlaw.com
Attorney for Defendants

/s/ Dalton J. Smith
Dalton J. Smith (0099159)
CORY, MEREDITH, WITTER & SMITH
A Legal Professional Association
101 N. Elizabeth, 6th Floor
Lima, OH 45801
419-228-6365    Fax:  419-228-5319
E-mail:  dsmith@corylpa.com
Attorney for Plaintiff

**Cory, Meredith, Witter & Smith**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the following this 7th day of March, 2024 by the Court's CM/ECF System:

*/s/ Dalton J. Smith*
Dalton J. Smith

**Cory, Meredith, Witter & Smith**

2